Jaspal MULTANI, Petitioner,

v.

Eric H. HOLDER, Jr., United States
Attorney General, Respondent.

No. 10–1147.

United States Court of Appeals,
Eighth Circuit.

Submitted: March 23, 2011.

Filed: March 25, 2011.

Sakina Carbide, Law Office of Sakina
Carbide, Chicago, IL, for Petitioner.

Jaspal Multani, Crown Point, IN, pro se.

Aliza Bessie Alyeshmerni, Karen Yolan-
da Drummond, Richard M. Evans, Virginia
Lum, U.S. Department of Justice, Civil
Division, Office of Immigration Litigation,
Washington, DC, for Respondent.

Before WOLLMAN, BOWMAN, and
SMITH, Circuit Judges.

PER CURIAM.

Jaspal Multani, a citizen of India, peti-
tions for review of an order of the Board of
Immigration Appeals (BIA) denying his
motion to reopen removal proceedings.
After careful review, we conclude that the
BIA acted within its discretion. *See Pafe
v. Holder*, 615 F.3d 967, 968–71 (8th Cir.
2010) (per curiam); *Habchy v. Gonzales*,
471 F.3d 858, 865–66 (8th Cir.2006). Ac-
cordingly, we deny the petition for review.